IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK D. STANLEY,

Plaintiff,

v.

LUZERNE COUNTY DISTRICT ATTORNEY'S OFFICE, JACQUELINE M. CARROLL, DAVID PEDRI, PENNSYLVANIA STATE POLICE, CHRISTOPHER WILSON, JAMES TUPPER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JEFFREY BEARD, OFFICE OF PROFESSIONAL RESPONSIBILITY, OTHER JANE/JOHN DOES, and THE CITIZENS VOICE,

Defendants.

CIVIL ACTION NO. 3:11-CV-1699

(JUDGE CAPUTO)

FILED
SCRANTON
DEC 27 2011
MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

## ORDER

NOW this 23rd day of December, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 51) is **ADOPTED**.

(2) Plaintiff's motion to amend (Doc. 36) will be **GRANTED**.

(3) Defendant The Citizen's Voice's motion to dismiss (Doc. 30) will be **GRANTED**.

(4) The case shall be recommitted to Magistrate Judge Carlson for further proceedings.

A. Richard Caputo
United States District Judge