IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK D. STANLEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-1699 |
| v. | (JUDGE CAPUTO) |
| LUZERNE COUNTY DISTRICT ATTORNEY'S OFFICE, JACQUELINE M. CARROLL, DAVID PEDRI, PENNSYLVANIA STATE POLICE, CHRISTOPHER WILSON, JAMES TUPPER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JEFFREY BEARD, OFFICE OF PROFESSIONAL RESPONSIBILITY, OTHER JANE/JOHN DOES, and THE CITIZENS VOICE, | FILED SCRANTON DEC 2 7 2011 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |
| Defendants. | |

## ORDER

NOW this 23rd day of December, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 51) is **ADOPTED**.

(2) Plaintiff's motion to amend (Doc. 36) will be **GRANTED**.

(3) Defendant The Citizen's Voice's motion to dismiss (Doc. 30) will be **GRANTED**.

(4) The case shall be recommitted to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge